# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ISMAIL ISMAILOV,

      Plaintiff,

v.                                           Case No:  6:21-cv-607-GAP-EJK

SECRETARY, DEPARTMENT
OF HOMELAND SECURITY and
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION
SERVICES,

      Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Voluntary Dismissal (Doc. 12), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice, each party

- 2 -

to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 2, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties